

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Saleta Hernandez,

\* From the 104th District Court
of Taylor County,
Trial Court No. 26732-B.

Vs. No. 11-18-00252-CV

\* October 11, 2018

Safeco Insurance Company of Indiana,
and National Catastrophe Adjusters, Inc.,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Saleta Hernandez's motion to withdraw her notice of appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Saleta Hernandez.